MARTIN GUDLASKI, Appellant, v. DAVID K. SCHWARTZ and Others, Respondents, and Others, Defendants.— Action to recover damages for fraud in the sale

of real property. Order denying plaintiff's motion to strike out defenses, consisting of new matter, in the amended answer of respondents, affirmed, with twenty-five dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.